[No. 7,212.—Department No. 2.]

## BOARD OF TRUSTEES OF THE STATE LIBRARY
## *v.* D. M. KENFIELD.

STATE LIBRARY—TRUSTEES.—The Board of Trustees of the State Library are authorized to draw from the State treasury, at any time, all the moneys therein belonging to the library fund.

ID.—ID.—LIBRARIAN—BOARD OF EXAMINERS — CLAIMS — DEFINITION. — Bills for books purchased for the State Library are not *claims* within the meaning of § 660 of the Political Code, and need not be presented to the Board of Examiners.

MANDAMUS to D. M. Kenfield, Controller, etc.

*Freeman & Bates,* for Plaintiff:

Cited, Pol. Code, § 2293, subd. 6; § 433, subd. 17, and § 2300.

*Attorney-General,* for Defendant.

Section 2293 of the Political Code must be construed in the light of the Constitution, (§ 22, art. iv) which provides that "no money shall be drawn from the treasury, but in consequence of appropriations made by law, and *upon warrants duly drawn thereon by the Controller.*" By § 672 of the Political Code, it is provided that the Controller shall not draw his warrant for any purpose until the matter has been properly passed upon by the Board of Examiners, except in those cases which the Legislature, by *special provisions,* have exempted from the operation of the statute. What is meant by *a special provision* is illustrated by the former law providing for the government of the library. (Stat. 1861, pp. 45–46.)

MYRICK, J.:

This is an application for a writ of mandate, requiring the respondent, State Controller, to draw his warrant upon the State Treasurer, in favor of petitioners, for moneys in the State treasury belonging to the State Library fund. The objection is urged by respondent that the books, etc., required by the library should first be purchased, and the claims therefor be presented to the Board of Examiners for their inspection and

approval.    We do not think that the transactions of the Board of Trustees are the basis of claims within the meaning of § 660, Political Code.    The chapter of the Political Code relating to the State Library, places the library under the control of the Board of Trustees, and authorizes the board " to draw from the State treasury, at any time, all the moneys therein belonging to the library fund; 'and the librarian is to purchase books, maps, engravings, paintings, and furniture for the library,' according to such rules and regulations as the Board of Trustees may prescribe."    Their judgment, then, as to what books, etc., may be proper to be added to the library, is not subject to review by the Board of Examiners.

Let the writ issue as prayed for.

SHARPSTEIN, J., and THORNTON, J., concurred.